# Supreme Court of Florida

---

No. SC2025-0667

---

**IN RE: AMENDMENTS TO FLORIDA PROBATE RULE 5.010.**

October 30, 2025

PER CURIAM.

The Florida Bar's Probate Rules Committee proposes amending Florida Probate Rule 5.010 (Scope).[1]  The Committee published the proposal for comment in *The Florida Bar News*; no comments were received by the Committee.  The Florida Bar's Board of Governors unanimously recommends acceptance of the proposed amendments.  The Court published the Committee's proposal in the July 1, 2025, issue of *The Florida Bar News*; no comments were received by the Court.

We adopt the amendments to rule 5.010 as proposed by the Committee.  Rule 5.010 states that these rules govern the

---

    1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b).

procedure in all probate and guardianship proceedings and lists the various parts of the rule set (Parts I-IV) and the purpose for each part. We amend the rule to include a reference to Part V (Forms), which was adopted by the Court in *In re Amendments to the Florida Probate Rules—Guardianship*, 301 So. 3d 859 (Fla. 2020). We amend the Committee Notes to reflect this change.

Accordingly, we amend the Florida Probate Rules as reflected in the appendix to this opinion. New language is underscored; deleted language is stricken. The amendments shall become effective on January 1, 2026, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Probate Rules

Michael A. Sneeringer, Chair, Probate Rules Committee, Bonita Springs, Florida, Erin Farrington Finlen, Past Co-Chair, Probate Rules Committee, Fort Lauderdale, Florida, Zackary T. Zuroweste, Past Co-Chair, Probate Rules Committee, Clearwater, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Heather Savage Telfer, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

**APPENDIX**

## RULE 5.010.   SCOPE

These rules govern the procedure in all probate and guardianship proceedings and ~~shall~~will be known as the Florida Probate Rules and may be cited as Fla. Prob. R. Part I applies to all proceedings. Part II applies to probate alone, Part III applies to guardianship alone, ~~and~~ Part IV applies to expedited judicial intervention concerning medical treatment procedures, and Part V provides forms. The Florida Rules of Civil Procedure apply only as provided ~~herein~~ these rules.

### Committee Notes

1975 Revision - 2003 Revision  [No Change]

2025 Revision: Rule amended to reference Part V of the Florida Probate Rules. Committee notes revised.

### Rule References

[No Change]